## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

| | | |
|---|---|---|
| **LLOYD G. BOWERS, JR.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **Civil Action No: 4:14-cv-00302** |
| | § | |
| **CITIMORTGAGE, INC.,** *et al.* | § | |
| | § | |
| **Defendants.** | § | |

## DEFENDANT CITIMORTGAGE, INC.'S
## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant CitiMortgage,

Inc. provides the following certificate of interested persons:

| | PARTIES TO SUIT | AFFILIATION OF PARTY TO SUIT | ADDITIONAL FINANCIALLY INTERESTED ENTITIES AND/OR INDIVIDUALS |
|---|---|---|---|
| 1. | Lloyd G. Bowers, Jr. | Plaintiff | None known. |
| 2. | CitiMortgage, Inc. | Defendant | 30% of the shares of CitiMortgage, Inc. are owned by Citigroup Network Holdings LLC. 70% of the shares of CitiMortgage, Inc. are owned by Citibank, N.A. 20% of the shares of Citigroup Network Holdings LLC are owned by Citicorp USA. 80% of the shares of Citigroup Network Holdings LLC are owned by CitiFinancial Auto Credit, Inc. Both Citicorp USA and CitiFinancial Auto Credit, Inc. are wholly owned subsidiaries of Citibank, N.A. Citibank, N.A. is a wholly owned subsidiary of Citicorp. Citicorp is a wholly owned subsidiary of Citigroup Inc. Citigroup Inc. is a publically traded corporation. |

Date: May 2, 2014                              Respectfully submitted,


                                              _____/s/ Michael J. McKleroy_____
                                              Michael J. McKleroy, Jr., SBN:  24000095
                                              *Attorney-in-Charge*
                                              C. Charles Townsend, SBN:  24028053
                                              *Of Counsel*
                                              Nicole M. Collins, SBN:  24078459
                                              *Of Counsel*
                                              AKERMAN LLP
                                              2001 Ross Avenue, Suite 2550
                                              Dallas, Texas 75201
                                              Telephone: 214.720.4300
                                              Facsimile:  214.981.9339

                                              **ATTORNEYS FOR DEFENDANT
                                              CITIMORTGAGE, INC.**


## CERTIFICATE OF SERVICE

        I hereby certify that on May 2, 2014, a true and correct copy of the foregoing was served as follows:


Robert C. Vilt
Vilt and Associates, P.C.
5177 Richmond Avenue, Suite 1230
Houston, Texas 77056
*Counsel for Plaintiff*
**VIA CERTIFIED MAIL/RRR
NO. 7196 9008 9111 1787 6634**


                                              _____/s/ Nicole M. Collins_____
                                              Nicole M. Collins